**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2241**

KEVIN C. UMPHREYVILLE,

             Plaintiff - Appellant,

      v.

CHARLES W. GITTINS,

             Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, District
Judge.  (5:07-cv-00096-gec-bwc)

Submitted:  February 10, 2010      Decided:  February 22, 2010

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin C. Umphreyville, Appellant Pro Se.   William Leonard
Mitchell, II, ECCLESTON & WOLF, PC, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin C. Umphreyville appeals a district court order granting summary judgment to Charles W. Gittins and dismissing his complaint. We have reviewed the record and the district court's memorandum opinion and affirm for the reasons cited by the district court. See Umphreyville v. Gittins, No. 5:07-cv-00096-gec-bwc (W.D. Va. Sept. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED